**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PRIMERICA LIFE INSURANCE COMPANY**                                        **PLAINTIFF**

**VS.**                                        **CASE NO. 3:05CV00110**

**AMANDA L. ADAMS, HEIDI J. ADAMS,**
**TIMOTHY S. ADAMS, JOSHUA R. ADAMS,**
**NICOLE ADAMS MORRIS, AMANDA P. ADAMS,**
**and MARION E. ADAMS**                                        **DEFENDANTS**

## JUDGMENT

On August 10, 2005 the Court entered an Order setting a hearing in this matter and directing all Defendants who claim entitlement to the funds deposited into the registry of the Court by Primerica Life Insurance Company to appear on this date. No parties appeared. Accordingly, the Court finds and Orders that Separate Defendant Amanda L. Adams is the beneficiary entitled to the proceeds of life insurance policy number 0413093976 issued by Primerica Life Insurance Company to Harold Keith Adams in the amount of two hundred thousand dollars ($200,000).

WHEREFORE, Judgment is hereby entered in favor of Separate Defendant Amanda L. Adams. The Clerk of the Court shall pay the amount previously deposited into the registry together with interest accrued less the applicable registry fees to Amanda L. Adams.

IT IS SO ORDERED this 30th day of August, 2005.

_____
James M. Moody
United States District Judge